■ LUDWIK SEIDENMAN, Appellant, v GOLDOME, F.S.B., Respondent, et al., Defendants.—Order, Supreme Court, New York County (Elliott Wilk, J.), entered on August 21, 1987, unanimously affirmed, for reasons stated by Elliott Wilk, J., without costs and without disbursements. Concur—Murphy, P. J., Carro, Asch, Milonas and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIEGO SANCHEZ, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on March 5, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Carro, Milonas, Rosenberger and Smith, JJ.

■ In the Matter of JONATHAN B. ALTSCHULER, an Attorney.—Respondent's application for a further stay of effective date of suspension unanimously denied, as indicated. Concur—Sullivan, J. P., Asch, Kassal and Smith, JJ.